B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BT Prime Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>N/A (Bermuda Corporation) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**C/O George A. Popescu**<br>**197 Glenwood Street**<br>**Malden, MA**   ZIP Code **02148** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Check one box:   **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **BT Prime Ltd.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **BT Prime Ltd.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

X /s/ Michael J. Goldberg
Signature of Attorney*
Signature of Attorney for Debtor(s)
**Michael J. Goldberg 551869**
Printed Name of Attorney for Debtor(s)
**Casner & Edwards LLP**
Firm Name
**303 Congress Street**
**Boston, MA 02210**

Address

**617-426-5900  Fax: 617-426-8810**
Telephone Number
**February 25, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**George Alex Popescu**
Printed Name of Authorized Individual
**CEO**
Title of Authorized Individual
**February 25, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## UNANIMOUS WRITTEN CONSENT OF SOLE DIRECTOR
## OF BT PRIME LTD.

The undersigned, being the sole Director of BT Prime Ltd. (the "Company"), a corporation organized under the laws of Bermuda, acting in accordance with the Company's articles of organization and by-laws and with Bermuda's Business Companies Act, hereby adopts and consents to the adoption of the following resolutions:

RESOLVED: That the Company seek relief under Chapter 11 of the United States Bankruptcy Code;

FURTHER
RESOLVED: That George Alex Popescu, CEO of the Company (the "Authorized Officer"), acting singly, is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to cause the Company to perform its functions and duties as a debtor-in-possession pursuant to the applicable provisions of the Bankruptcy Code, (iv) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's Chapter 11 case, including, without limitation, negotiating or otherwise obtaining court authority for use of cash collateral, postpetition financing, the assumption or rejection of executory contracts and unexpired leases, the sale or other disposition of property other than in the ordinary course of business; and the investigation and prosecution of claims and causes of action held by the Company and its bankruptcy estate, (v) to negotiate, prepare and propose to creditors such plan as the Authorized Officer may deem to be feasible and in the best interests of the Company, (vi) to file any pleading appropriate or necessary for the Company to seek relief under any other chapter of the Bankruptcy Code, and (vii) to execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company or to attorneys, accountants, or other professionals employed by the Company, the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this resolution;

FURTHER
RESOLVED:   That the law firm of Casner & Edwards, LLP and Michael J. Goldberg, Esq., of that firm are hereby retained as counsel under general retainer to advise and represent the Company in all proceedings commenced under or resulting from these resolutions, and that the Company compensate such counsel for its services at its hourly rates in effect at the time such services are rendered, provided that the Authorized Officer may cause the Company to agree to pay a premium over or obtain a discount from such hourly rates by subsequent agreement with such counsel, and to reimburse such counsel in full for its cash disbursements and for such expenses as such counsel customarily bills to its clients, and that the Authorized Officer is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention; and

FURTHER
RESOLVED:   That the law firm of Appleby and John Riihiluoma, Esq., of that firm are hereby retained as special counsel for corporate and Bermuda law matters, under general retainer, to advise and represent the Company in all proceedings and matters commenced under or resulting from these resolutions, and that the Company compensate such counsel for its services at its hourly rates in effect at the time such services are rendered, provided that the Authorized Officer may cause the Company to agree to pay a premium over or obtain a discount from such hourly rates by subsequent agreement with such counsel, and to reimburse such counsel in full for its cash disbursements and for such expenses as such counsel customarily bills to its clients, and that the Authorized Officer is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention; and

FURTHER
RESOLVED:   That the accounting firm Verdolino & Lowey, P.C and Craig R. Jalbert, CIRA, of that firm are hereby retained as financial advisor and accountants to the Company, and that the Company compensate such firm for its services at its hourly rates in effect at the time such services are rendered, provided that the Authorized Officer may cause the Company to agree to pay a premium over or obtain a discount from such hourly rates by subsequent agreement with such counsel, and to reimburse such firm in full for its cash disbursements and for such expenses as such firm customarily bills to its clients, and that the Authorized Officer is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention.

This consent shall be lodged in the corporate records of the Company.

Dated: February 25, 2015

_____
George Alex Popescu, Director

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re:                                            )
                                                  )
    BT PRIME LTD.                                 )          Chapter 11
                                                  )
                                                  )          Case No. 15-_____-___
               Debtor.                        )
                                                  )

## CORPORATE OWNERSHIP STATEMENT

I, George Alex Popescu, CEO of BT Prime Ltd. (the "Company"), pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1, hereby certify that the only corporation that directly or indirectly owns 10% or more of any class of the Company's equity interests is BT Trading Ltd., a corporation organized under the laws of Belize, which owns 100% of the equity interests of the Company.

Dated: February 25, 2015

                                                                                   George Alex Popescu, CEO

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| In re:<br><br>BT PRIME LTD.<br><br>Debtor. | )<br>)<br>)  Chapter 11<br>)<br>)  Case No. 15-_____-___<br>)<br>) |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Attached hereto is the list of the creditors holding the 20 largest unsecured claims against the Debtor as of February 25, 2015. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

I, George Alex Popescu, CEO of BT Prime Ltd., the Debtor in this Chapter 11 case, declare under penalty of perjury that I have read the attached List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information, and belief.

Dated: February 25, 2015

_____
George Alex Popescu, CEO

*Penalty for making false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

BT PRIMTE LTD.
LIST OF 20 LARGEST UNSECURED CREDITORS

| Name of Creditor and complete mailing address, including zip code | Contact person name; email address | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (USD) |
|---|---|---|---|---|
| NordHedge Ou | Gergeley Szabo: gergely.szabo@nordhedge.com | Customer trading account | Unliquidated; estimated as to amount | 2,044,539.76 |
| Caesar Financial Group Ltd | Takahide Sugimoto, CEO: sugimoto@caesar-jp.jp | Customer trading account | Unliquidated; estimated as to amount | 896,333.51 |
| GC Financial Group Limited | AiSong Zuo, Director: support@gcmonetary.com | Customer trading account | Unliquidated; estimated as to amount | 875,744.27 |
| Gear Tech Investment LTD | Bo Zhang, Director: zgbill@live.com | Customer trading account | Unliquidated; estimated as to amount | 695,495.51 |
| AGEA STP USD | Drazen Baletic, CEO: drazen@marketiva.com | Customer trading account | Unliquidated; estimated as to amount | 608,945.05 |
| Emperor Markets PTY LTD | Wenzhi Zhou, CEO, Owner: regal_zhou@hotmail.com | Customer trading account | Unliquidated; estimated as to amount | 600,645.09 |
| Marina Bay Consulting Inc. | Hiroaki Kogi, CEO: kogi@selepa.sg | Customer trading account | Unliquidated; estimated as to amount | 580,215.67 |
| Virex Enterprises A.G. | Wjascheslaw Kubysta, Owner: kubysta@gmail.com | Customer trading account | Unliquidated; estimated as to amount | 479,151.10 |
| OneZen International Investments HK Limited | ZuWen Li: 728435279@qq.com | Customer trading account | Unliquidated; estimated as to amount | 462,440.13 |
| Lexington Global Markets | Joseph Kim, Executive Managing Director, CTA: jkim@lexfx.com | Customer trading account | Unliquidated; estimated as to amount | 360,481.52 |
| Jieun Asset, Inc | Gunny Kwon, Managing Director: admin@jieunasset.com | Customer trading account | Unliquidated; estimated as to amount | 329,423.75 |
| Metas Group Pty. Ltd. | Yi Guo, CEO: 64830387@qq.com | Customer trading account | Unliquidated; estimated as to amount | 316,369.06 |
| GLOBAL SUPERVISION GROUP LIMITED | Yuan Yao, CEO: yy@fxgsg.com | Customer trading account | Unliquidated; estimated as to amount | 292,304.12 |
| JiaLiDa Tech Ltd | LinHui Peng, CEO: 1530481675@qq.com | Customer trading account | Unliquidated; estimated as to amount | 245,558.72 |
| Grand Blue Management Limited | Naoko Kotani: grandblue.m.limited@gmail.com | Customer trading account | Unliquidated; estimated as to amount | 200,815.38 |
| GS Gold and Silver (HK) Co., Ltd. | YiBing Wang, General Manager: 112844335@qq.com | Customer trading account | Unliquidated; estimated as to amount | 189,148.86 |
| Triumph Home Ltd | Satoshi Hayakawa, CEO: triumphome@gmail.com | Customer trading account | Unliquidated; estimated as to amount | 172,733.99 |
| Golbal Trading Group Co Ltd | David Wu: doeswu@atc28.com | Customer trading account | Unliquidated; estimated as to amount | 129,940.52 |
| Wealth Trade FX | Oliver Velez, Principal: oliver@olivervelez.com | Customer trading account | Unliquidated; estimated as to amount | 127,155.43 |
| Michimi Global Ltd | Yuhei Kuromatsu: cpa_alliance_ceo@ybb.ne.jp | Customer trading account | Unliquidated; estimated as to amount | 113,789.98 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re:

BT PRIME LTD.

Debtor.

Chapter 11

Case No. 15-_____-____

## DECLARATION RE: ELECTRONIC FILING
[George Alex Popescu]

I, George Alex Popescu, CEO of BT Prime Ltd., hereby declare under penalty of perjury that all of the information contained in the forgoing Voluntary Petition and related documents (the "Document") filed electronically, is true and correct. I understand that this DECLARATION is to be filed with Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: February 25, 2015        Signed: _____
                                George Alex Popescu
                                CEO of BT Prime Ltd.